IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HATCHIGIAN | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| STATE FARM INSURANCE COMPANY, | : | NO. 13-2880 |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this *11th* day of *July*, 2013, upon consideration of the Motion by Plaintiff David Hatchigian to Remand (Docket No. 6) and Defendant State Farm Insurance Company's Response in Opposition (Docket No. 7), it is hereby **ORDERED** that the Motion is **DENIED.**

It is so **ORDERED**.

BY THE COURT:


 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.