IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID HATCHIGIAN, | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| STATE FARM INSURANCE COMPANY, | : | NO. 13-2880 |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of January, 2014, upon consideration of Defendant State Farm Insurance Company's Motion for Summary Judgment (Docket No. 13), and Plaintiff David Hatchigian's Response in Opposition (Docket No. 16), it is hereby **ORDERED** that:

1. Defendant State Farm Insurance Company's Motion to for Summary Judgment (Docket No. 13) is **GRANTED**, and

2. **JUDGMENT IS ENTERED** in favor of Defendant State Farm Insurance Company and against Plaintiff David Hatchigian on the entirety of the Complaint.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.